**Ronnie Glenn TRIPLETT, Petitioner–Appellant**

v.

**Dan JOSLIN, Warden, Respondent–Appellee.**

**No. 07–10267**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 24, 2007.

Ronnie Glenn Triplett, Seagoville, TX, pro se.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Ronnie Glenn Triplett, federal prisoner # 15692–064, appeals the district court's denial of his motion filed pursuant to FED.

---

R. Civ. P. 60(b)(4). Triplett filed the motion seeking relief from a judgment denying his 28 U.S.C. § 2241 petition for want of jurisdiction.

Triplett argues that the district court abused its discretion in denying his Rule 60(b) motion because the underlying judgment was based on an error of law and therefore void. Triplett has failed to identify a basis for relief under Fed. R. Civ. P. 60(b)(4). *See New York Life Ins. Co. v. Brown,* 84 F.3d 137, 143 (5th Cir.1996). The district court did not abuse its discretion by denying Triplett's motion. *See Seven Elves, Inc. v. Eskenazi,* 635 F.2d 396, 402 (5th Cir.1981).

Accordingly, the judgment of the district court is AFFIRMED.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.